UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

_____

| | |
|---|---|
| SABRINA BOLATTO, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 16-CV-2066 |
| ) | |
| BICKFORD SENIOR LIVING ) | |
| GROUP, LLC, and EBY GROUP, INC.., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On March 14, 2016, Plaintiff filed a Complaint (# 1) against Bickford Senior Living Group, LLC and Eby Group, Inc. seeking relief under the Family and Medical Leave Act.  Pursuant to Federal Rule of Civil Procedure 4(m), a plaintiff has 90 days to serve a complaint upon all defendants. On August 2, 2016, Magistrate Judge Eric I. Long entered an Order to Show Cause as to why Plaintiff had failed to serve Defendants in this matter. On August 22, 2016, Judge Long extended Plaintiff's deadline to file a motion to dismiss or serve process to September 21, 2016. On September 23, 2016, at Plaintiff's request, Judge Long again extended the deadline to October 12, 2016.  On October 18, 2016, Judge Long entered a second Order to Show Cause, stating that, despite numerous extensions, Plaintiff had yet to serve Defendants in this matter or file a motion to dismiss.  Judge Long ordered Plaintiff to show cause as to why this matter should not be dismissed for failing to serve summons pursuant to Rule 4(m).  Plaintiff had until November 1, 2016 to comply with Judge Long's order.

Plaintiff has failed to comply. Therefore, Plaintiff's complaint is dismissed for failing to serve the summons pursuant to Rule 4(m).

    IT IS THEREFORE ORDERED THAT:

    (1) Plaintiff's Complaint (#1) is dismissed for failing to serve summons pursuant to Rule 4(m).

    (2) This case is terminated.

    ENTERED this 9th day of November, 2016

                                       s/Colin S. Bruce
                                          COLIN S. BRUCE
                                       U.S. DISTRICT JUDGE