# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Sabrina Bolatto    )
                   )
                   )
Plaintiff

      vs.    )   Case Number: 16-2066
                   )
Bickford Senior Living Group LLC; Eby Group Inc    )
                   )

Defendant

## JUDGMENT   IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this case is dismissed for failing to serve summons pursuant to Rule 4(m).

**Dated: 11/9/2016**

                                                       s/ Kenneth A. Wells
                                                       Kenneth A. Wells
                                                       Clerk, U.S. District Court